IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DANNY BENNETT,                                         *

               Plaintiff,            *

v.                                                            Case No. 7:25-cv-124 (WLS-ALS)

                                *

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,                                  *

              Defendants.          *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated May 4, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of May, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk